# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANTHONY L. HILL,

            Petitioner,

v.

UNITED STATES OF AMERICA,

           Respondent.

Case No. 15-CV-1162-JPS

**ORDER**

On March 31, 2017, the parties filed a joint stipulation recommending that the petitioner's motion be granted and that this Court should impose a sentence of time-served followed by five years of supervised release. (Docket #16). The Court will accept the parties' recommendation, grant the petitioner's motion, and issue an amended judgment accordingly.[1]

Accordingly,

**IT IS ORDERED** that the parties' stipulation and agreement for time-served sentence (Docket #16) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Docket #1) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court issue an amended judgment as to Anthony L. Hill in Case No. 95-CR-112-JPS in accordance with the parties' stipulation the Court has adopted (Docket #16); and

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment in Case No. 15-CV-1162-JPS in accordance with this Order.

---

[1] The parties have stipulated that no sentencing hearing is necessary.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge